[No. 56938-4-I. Division One. November 6, 2006.]

IVA N. JENNINGS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-04473-1, Paris K. Kallas, J., entered August 24, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington and Dwyer, JJ.

[No. 56962-7-I. Division One. November 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK H. THOMAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03603-4, Palmer Robinson, J., entered August 30, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32943-3-II. Division Two. November 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON SMITH BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00185-2, Anna M. Laurie, J., entered February 25, 2005. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J. Now published at 136 Wn. App. 127.